IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        **Plaintiff,**

v.

JULIAN SMITH,

        **Defendant.**

Case No. 3:22-CR-30121-NJR-1

## ORDER TERMINATING SUPERVISED RELEASE

**ROSENSTENGEL, Chief Judge:**

    Pending before the Court is a Motion for Early Termination of Supervised Release filed *pro se* by Defendant Julian Smith. (Doc. 22). On May 8, 2023, Smith was sentenced to a term of 18 months' imprisonment, followed by three years of supervised release, after Smith pleaded guilty to three counts of an Information charging him with Distribution of Controlled Substance: Cocaine. (Docs. 2, 4, 19). He was also ordered to pay a $300 special assessment. (Doc. 19). On June 28, 2024, Smith began serving his term of supervised release. (*See* Doc. 24).

    Under 18 U.S.C. § 3583(e)(1), "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Here, Smith has served more than one year of his supervised release. Additionally, neither the Government nor U.S. Probation oppose Smith's motion. (Doc. 24). Smith's Probation Officer reports that Smith has maintained employment, started a personal business, resumed shared custody of his teenage son, and abstained from all drugs. He also is in a long-term relationship and assists his elderly grandparents on their property. Any noncompliance with his terms of supervision has been limited to traffic citations, late submission of check stubs, and missed payments, and his financial obligation is now paid in full. His Probation Officer further reports that Smith has taken significant steps to lower his recidivism risk, he does not need any treatment services, and he has demonstrated his commitment to stability in the community.

Having considered Smith's motion, the Government's and Probation's response, and the 18 U.S.C. § 3553(a) factors, the Court finds that Smith's conduct and the interest of justice warrants the early termination of his supervised release. Accordingly, the Motion for Early Termination of Supervised Release filed *pro se* by Defendant Julian Smith (Doc. 22) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

DATED:  November 4, 2025

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**